# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**GONZALO GARCIA AVILA, # 209767742**  **PETITIONER**

**VERSUS**  **CIVIL ACTION NO. 5:18cv77-DCB-MTP**

**WARDEN S. JULIAN**  **RESPONDENT**

## ORDER DENYING PERMISSION TO FILE ELECTRONICALLY

BEFORE THE COURT is pro se Petitioner Gonzalo Garcia Avila's Request for Filing Electronically [9]. He is currently detained by Immigration and Customs Enforcement in Louisiana. The Court dismissed this case on August 27, 2018. On November 6, 2018, Avila filed the present motion asking for permission to file pleadings electronically in this case once he is released back to his home country, because otherwise he claims he will not be able to file timely responses. The Court has considered Petitioner's submission and the relevant legal authority. The Court finds the motion is not well taken and should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that pro se Petitioner Gonzalo Garcia Avila's Request for Filing Electronically [9] should be, and is hereby, denied.

So ordered, this the 18th day of March, 2019.

s/David Bramlette
UNITED STATES DISTRICT JUDGE